UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

-against-

ALLAN GUERRERO,
          Defendant
-----------------------------------------------------------X

14 CR. 617 (RMB)
**ORDER**

    The conference previously scheduled for Wednesday, April 15, 2020 at 11:00 a.m. is hereby adjourned to Wednesday, July 22, 2020 at 11:00 a.m.

Dated: April 10, 2020
       New York, NY

                                          _____
                                          Richard M. Berman
                                          U.S.D.J.