UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                       14 CR. 617 (RMB)

   -against-

                                                                                       **ORDER**

ALLAN GUERRERO,
                Defendant.
------------------------------------------------------------X

The telephone status conference previously scheduled for Wednesday, July 22, 2020 at 11:00 AM is hereby rescheduled to Tuesday, August 4, 2020 at 10:30 AM.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0617

Dated: July 10, 2020
       New York, NY

                                                                      RICHARD M. BERMAN
                                                                           U.S.D.J.