**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                                    14 CR. 617 (RMB)

        -against-
                                                                    **ORDER**

ALLAN GUERRERO,
                    Defendant.
------------------------------------------------------------X

        The supervised release hearing previously scheduled for Monday, February 1, 2021 at

11:00 AM is hereby rescheduled to Tuesday, March 2, 2021 at 11:30 AM.

        Participants, members of the public and the press can use the following dial-in

information:


        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0617


Dated: January 28, 2021
        New York, NY



_____
                RICHARD M. BERMAN
                U.S.D.J.