**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Government,

          -against-

ALLAN GUERRERO,

                Defendant.

-------------------------------------------------------------X

      14 CR. 617 (RMB)

      **<u>ORDER</u>**

        In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, October 27, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0617

Dated: October 21, 2021
      New York, NY

                                  *Richard M. Berman*
                                 RICHARD M. BERMAN
                                     U.S.D.J.