UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                           :
                  - against -                                         :         14 CR. 617 (RMB)
                                                                           :
ALLAN GUERRERO,                                   :         **ORDER**
                              Defendant.            :
------------------------------------------------------------------x

Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: New York, New York
February 10, 2022

*[signature]*
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/22

1