UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ALLAN GUERRERO,

           Defendant.

CASE NO.: 14 Cr. 617 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred to the undersigned for purposes of monitoring the status of Defendant's supervised release and to conduct status hearings (ECF No. 37). Accordingly, the supervised release hearing scheduled for Wednesday, February 23, 2022, at 12:00 pm is now **RESCHEDULED** to **Wednesday, February 28, 2022, at 12:00 pm** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Guerrero are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            February 11, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**