UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
               Government,       :       14 CR. 617 (RMB)
                                           :
    - against -                             :       **ORDER**
                                           :
ALLAN GUERRERO,                            :
               Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 3, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 139 241 505#

Dated: March 6, 2023
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                          **U.S.D.J.**