UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Government,

  -against-

ALLAN GUERRERO,

                Defendant.
------------------------------------------------------------X

14 CR. 617 (RMB)

**ORDER**

At the supervised release hearing held on May 3, 2023, the parties and the Court determined that Allan Guerrero should be granted "early termination" of supervision. (See Transcript of Proceedings held on May 3, 2023 for details.; see also 18 U.S.C. § 3583(e)(1) ("The court may…terminate a term of supervised release … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.")) Mr. Guerrero's conduct during supervision has included strengthened family and community ties, stable employment, and overall good citizenship, such that it is in the public interest to end further supervision.

It is hereby ordered that Allan Guerrero's supervised release be terminated effective May 3, 2023. Best of luck!

Dated: May 4, 2023
       New York, NY

                                            RICHARD M. BERMAN
                                            U.S.D.J.